1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2  Name: __WORTHAM_____ __FREDDIE_____ __F.__
        (Last)                    (First)              (Middle Initial)

3

4  Prisoner Number: __AKH-207__

5  Institutional Address: __Santa Rita Jail - 5325 Broder Blvd.__

6  __Dublin, CA 94568__

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 __FREDDIE FERNANDO WORTHAM__     )
   (Enter your full name.)          )
11                                  )
                                    )
12         vs.                      )   Case No. _____
                                    )   (Provided by the clerk upon filing)
13 __J. Waldura (Individual Capacity), Keran Brown__ )
   __(Individual Capacity), D. Kyes (Individual Capacity),__ )   COMPLAINT UNDER THE
14 __M. Cabaniss (Individual Capacity), C. Hart__ )    CIVIL RIGHTS ACT,
   __(Individual Capacity), Carrie Carone__   )         42 U.S.C. § 1983
15 __(Individual Capacity) et al.__           )
   (Enter the full name(s) of the defendant(s) in this action.) )

16

17  **I. Exhaustion of Administrative Remedies.**

18  *Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

19

20  A.  Place of present confinement __Santa Rita Jail  5325 Broder Blvd.__  __94568__

21  B.  Is there a grievance procedure in this institution?    YES ☒    NO ☐

22  C.  If so, did you present the facts in your complaint for review through the grievance

23      procedure?   YES ☒    NO ☐

24  D.  If your answer is YES, list the appeal number and the date and result of the appeal at each

25      level of review. If you did not pursue any available level of appeal, explain why.

26         1. Informal appeal: __I WAS NOT PROVIDED WITH THE OPPORTUNITY TO__

27      __REBUTTAL AT ANY LEVEL BEFORE THE FINAL DECISION.__

28

1      2. First formal level: _____

2      _____

3      _____

4      3. Second formal level: _____

5      _____

6      _____

7      4. Third formal level: _____

8      _____

9      _____

10  E.  Is the last level to which you appealed the highest level of appeal available to you?

11     YES ☒    NO ☐

12  F.  If you did not present your claim for review through the grievance procedure, explain why.

13

14

15

16 **II.**  **Parties.**

17  A.  Write your name and present address. Do the same for additional plaintiffs, if any.

18     SANTA RITA JAIL / 5325 BRODER BLVD. / DUBLIN, CA 94568

19   FREDDIE WORTHAM

20   JOSH BLAKE                                                    "

21  B.  For each defendant, provide full name, official position and place of employment.

22   J. WALDURA, MD. PER SP    MEDICAL PROVIDER    SANTA RITA JAIL / 5325 BRODER BLVD. / DUBLIN, CA 94568

23   KERAN BROWN, RN.         NURSE                       "

24   D. KYES                     DEPUTY                    "

25   M. CARANSU              SERGEANT                "

26   C. HART #1489          LIEUTENANT             "

27   CARRIE CARONE #1601    COMMANDING OFFICER     "

28

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 01/25/2020, I arrived at Santa Rita Jail and was instructed to speak with a nurse regarding any medical problems or concerns that I may have. I was then seen by Nurse Keran Brown when she asked me what type of medications I was taking on the street? In Reply: "I'm taking Insulin for Diabetes, Metformin, Aspirin, Vitamin D, High Blood Pressure Medication, And a Pill for Depression." I was then asked if I were allergic to any medication? In Response: "I told Nurse Brown that I am allergic to shellfish, such as shrimp and crab meats."

At this point, I was asked where did I pick-up my medication on the street? In response: "I told Nurse Brown that I was picking up my medications at Walmark in Berkeley, California." She went

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Monetary Relief

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: July 24, 2020
Date                    Signature of Plaintiff: Freddie Fernando Wortham

CONTINUE FROM SUPPLIMENTAL PAGE:

A. WRITE YOUR NAME AND PRESENT ADDRESS. DO THE SAME FOR ADDITIONAL PLAINTIFF, IF ANY.

| | SANTA RITA JAIL<br>5325 BRODER BLVD.<br>DUBLIN, CA 94568 |
|---|---|
| DONT'A HOLLOWAY (AHS-391) | '' |
| DARRICH BURCH (AHS-930) | '' |
| DAVID PAGAN (BFS-631) | '' |
| RAY FOAKES (VKR-773) | '' |
| BRYAN HERNANDEZ (BMC-759) | '' |
| GARY SIMPSON (AOB-757) | '' |
| MARVIN YOUNG JR. (VMB-972) | '' |
| T. WARD | '' |
| MD. HARKEN, ALOEN H. | '' |

STATEMENT OF CLAIM CONTINUE

On the computer seeking to discover what medication I was recieving at Walmark. While waiting on something to come up on the computer Nurse Brown asked John Doe #1 for what I was lead to believe was a multivitamin and an asprin.

On the morning of 01/26/2020, at approximately 0630, I woke up and looked at myself in the mirror and observed swelling in my face and neck. I was to embarressed to go to breakfast so I asked my cellmate to please notify the deputy of my situation.

As Deputy T. Ward appeared in front of the cell door and acknowledged the swelling in my face and neck before immediately escorting me to the nurses office. As we entered into the nurses office I observed three Jane Doe #2 as well as MD. Harken, Aloen H., who under first impression looked as if he did not have a clue as to what could cause such reaction. MD. Harken, Aloe H., asked Deputy T. Ward to escort me to the infirmary for further observation and evaluation.

Upon Doctor Harken meeting us in the infirmary he asked Jane Doe #3 to inject me with an unknown medicine in hope that the swelling in my face and neck would have subsided by morning, to no avail.

On 01/27/2020, at approximately 0900, I was again seen by Doctor Harken along with Jane Doe #3 when it was concluded that they have done all they could do at Santa Rita to bring

the swelling down. Shortly, thereafter, I observed three paramedics in the corridor from Stanford Health Care waiting to provide me with transportation to Stanford Emergency Room, per Ambulance.

While being transported to the hospital I was given a shot of Morphine to ease me of the pain in my face and neck and while the swelling in my throat was cutting off my breathing.

As we arrived at the hospital and were waiting in the lobby, a doctor approached me and asked what was the problem? In response, "I told him it was all so unclear but I believe it was a Multivitamin that was laced with a coating which caused an allergic reaction." I was then wheeled into a waiting room. Given another shot of medicine and had blood extracted while figuring out the cause of my allergic reaction.

Sitting in the room for approximately two hours I was able to feel a sense of relief to my face and neck, and was cleared by the doctor to be released. Returning to Santa Rita Infirmary, I were placed in a cell under close observation by medical nurses and staff alike for two days.

On 03/03/2020, as I were coming from class I was stopped by Deputy D. Kyes who told me if I wanted to appeal my grievance being and want to appeal, I need to sign. I immediately asked Deputy Kyes what was the reason for the denial? He responded as follows: "You told Nurse Brown that you were not allergic to any medications and at your own

ADMISSION ALONG WITH WHAT YOU'VE WRITTEN IN YOUR GRIEVENCE." I THAN ASKED TO SIGN THE FORM AND TO BE GIVEN A COPY, BUT WAS ADVISED THAT I WOULD BE RECIEVING MY COPY PER MAIL.

ON 03/06/2020, AT APPROXIMATELY 1030 AM, I WERE INTERVIEWED BY DOCTOR HARKEN WHEN HE HANDED ME A COPY OF FORM cofEMR-Flow SHEET; SHOWING MY BLOOD SUGAR COUNT AS WELL AS MY ALLERGIES; SHELLFISH AND LISINOPRIL.

HOWEVER, NURSE BROWN DID NOT AT NO TIME SPEAK TO ME ABOUT ABOUT THE ADVERSE EFFECTS THAT LISINOPRIL HAS CAUSED AFRICAN AMERICAN. ESPECIALLY, AMONG THOSE OF US WHO ARE DIABETICS WITH HIGH BLOOD PRESSURE.

ON 03/10/2020, I RECIEVED A COPY OF THE INMATE GRIEVANCE RESPONSE WHICH DENIED MY GRIEVANCE.

NOTICE:

IN ACCORDANCE TO THE INMATE RULES AND INFORMATION GRIEVANCE PROCEDURE, IT STATES:
"All GRIEVANCE AND RESPONSE ARE REVIEWED BY THE COMMANDING OFFICER OR HIS/HER DESIGNEE. All DECISIONS MADE BY THE COMMANDING OFFICER ARE FINAL."

STILL, THERE IS DEFIANTLY AN ACT OF DISSENTION IN THIS MATTER AND I AM DISCONTENTED WITH THE RESULTS AS THIS ISSUE MOVES FORWARD.

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ ] ADA RELATED

[ ] Santa Rita Jail  [ ] Glenn E. Dyer Detention Facility

NAME: FREDDIE WORTHAM   PFN: AKH-207   DATE: 2/3/2020   HU/FLOOR: 3 D 1

*Only one grievance issue per form* ---- (Subject to refusal if failure to comply) DATE GRIEVANCE OCCURRED 1/25/2020

**Grievance Details:**

Upon arrival at Santa Rita Jail it was required that I speak to a nurse concerning any medical problems I may have. I was seen by Nurse K. Brown, RN when I was asked about what type of medications I was taking on the street? I told her I'm taking insulin for diabetic, Medformen, Asprin, Vitim "D", medication for high blood pressure, and a pill for depression. I was then asked if I was alergic to any medication? I replied: Letting her know that I am alergic to seafoods such as crab and shrimp. Nurse K. Brown, RN asked were do I pick-up my medication on the street? I told her that I pick-up my mediation at Walmark in Berkeley. At this time she went on the computer and pulled up the type of medications I was taking and ordered for me a asprin and an unknown vitim that latered caused my face and neck to swell up to the point that I found it hard to breath.

On the morning of 1/26/2020, I looked in the mirror only to have observed how serious the swelling had gotten in my face and kneck. At this time I asked my roommate to notify the deputy of my condition. The deputy looked at my face and neck that he immediately escorte me to the nurse(s) office. From there I was escorted over to the infirmary to receive further evaluation for the

SEE SUPPLEMENTAL PAGE

INMATE SIGNATURE: Freddie Wortham

By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: R. Pece   Badge# 2571   Date: 2/4/2020

[ ] Resolved at Deputy Level   Inmate Acceptance (*Signature*) _____

[X] Cannot be resolved at Deputy Level   Grievance Tracking Number: 20-0461

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

ML-51 (rev 10/17)

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE FORM

[ ] ADA RELATED

[ ] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

NAME: Freddie Wortham   PFN: AKH-207   DATE: 2/3/2020   HU/FLOOR 3 D 1

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* DATE GRIEVANCE OCCURRED 1/25/2020

**Grievance Details:**

CAUSE OF THE SWELLING IN MY FACE AND NECK, WITH NEGATIVE RESULTS. IT WAS DETERMINE BY THE DOCTOR THAT THEY HAD DONE ALL THEY WERE ABLE TO DO HERE AT SANTA RITA JAIL AND RECOMMENDED I BE SENT TO AN OUTSIDE HOSPITAL (STANFORD HEALTH CARE).

AFTER BEING DIAGNOSED AND TREATED AT STANFORD HEALTH CARE I NOTICE AN HOUR LATER HOW MUCH THE SWELLING IN MY FACE AND NECK BEGAN RETURNING TO IT'S NORMAL STATE OF APPERIENCE. I WAS SHORTLY RETURNED TO SANTA RITA JAIL FEELING JITTERY FORM ALL THE MEDICATIONS I WAS GIVEN THROUGHOUT THIS ORDEAL.

STILL, THE SIDE EFFECTS FROM THIS UNKNOWN VITIM PLACED MY LIFE IN DANGER TO THE POINT THAT IT EFFECTED MY BREATHING AND CAUSED ME TO SUFFER FROM ANXIETY AND DEPRESSION. TO THIS DATE: 2/3/2020 I AM STILL FEELING NUMBNESS AND A TINGLING SENSATION IN MY FACE AND NECK.

THIS IS THE TYPE OF PUNITIVE DAMAGE THAT WARRENTS THE IMPOSITION OF A SETTLEMENT.

INMATE SIGNATURE: Freddie Wortham

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.*

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: R. Pace   Badge# 2031   Date: 2/4/2020

[ ] Resolved at Deputy Level   Inmate Acceptance (*Signature*) _____

[✓] Cannot be resolved at Deputy Level   Grievance Tracking Number: 20-0461

PREA Tracking Number: _____

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

ML-51 (rev 03/19)

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE FORM

[ ] ADA RELATED

[ ] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

NAME: FREDDIE WHITHAM     PFN: AKH-207     DATE: 2/4/2020   HU/FLOOR 3 D 1

*Only one grievance issue per form* ---- *(Subject to refusal if failure to comply)* **DATE GRIEVANCE OCCURRED** 2/3/2020

**Grievance Details:**

ON 2/3/2020, I PROVIDED THE NURSE WITH A MEDICAL REQUEST FORM ASKING FOR MY MEDICAL RECORDS DATED: 1/25/2020 THROUGH 1/29/2020.

I WAS FURTHER INFORMED BY THE NURSE THAT I WAS NOT ABLE TO RECEIVE ANY MEDICAL RECORDS WHILE STILL IN THE CUSTODY OF SANTA RITA JAIL REGARDLESS OF THE FACT THAT I AM FILING A CIVIL COMPLAINT.

MY QUESTION TO THE MATTER, IS THIS A STANDER POLICY THAT SANTA RITA MEDICAL STAFF ARE INSTRUCTED TO GO ON TO DENY ONE FROM RECEIVING ONES MEDICAL RECORDS?

**INMATE SIGNATURE:** Freddie Whitham

By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** R. P_____     **Badge#** 2531     **Date:** 2/4/2020

[ ] **Resolved at Deputy Level**     **Inmate Acceptance (***Signature***)**

[X] **Cannot be resolved at Deputy Level**     **Grievance Tracking Number:** 20-0462

The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.

Copies: White-Staff
Pink-Inmate

ML-51 (rev 10/17)

# AFFIDAVIT

On 1/25/2020, Freddie Wortham (AKH-207) was placed in Housing Unit 3 East, "D" Pod - (Room 5).

On the morning of 1/26/2020, I, Josh Blake (       ) awaken only to have observed Mr. Wortham's face swelling, to which, he asked me to notify the deputy. The deputy immediately went to check up on Mr. Wortham and escorted him to the nurse(s) office. From there he was sent to the infirmary for further evaluation to his facial injury.

Mr. Wortham did not return to "D" Pod until 1/29/2020, behind what appear to be an alergic reaction to his whole face and neck.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WITNESS(S):

| PRINT NAME | SIGNATURE |
|---|---|
| Josh Blake ( | [signature] |
| Dont'a Holloway (BBH-391) | Dont'a Holloway |
| Darrick Buarch (AHS-920) | Darrick Burch |
| David Pagan (BFS 631) | David Pagan |
| Gary Simpson (AOB 757) | Gary Simpson |
| Ray Foakes (JKR-773) | Ray [signature] |
| Marvin Young Jr. (ULN-835) | Marvin Young Jr |
| Bryan Hernandez (BNC-7541) | B Hernandez |
| Anthony Valdez (UMB-972) | Anthony Valdez |

## INMATE GRIEVANCE RESPONSE

*Inmate Copy*

GRIEVANCE TRACKING NUMBER: **20-0461**

INMATE: **WORTHMAN, FREDDIE**   PFN: **AKH207**   HOUSING UNIT LOCATION: **03-D-01**

GRIEVANCE IS   AFFIRMED: ____   DENIED: **X**   WITHDRAWN: ____   RESOLVED: ____   REFERRED: ____

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance received on **February 4, 2020**. In your grievance, you made the following claim:

- You had an allergic reaction to an unknown vitamin which was given to you.

**Response:** The Grievance Unit presented your grievance to Wellpath. The following response contains input from both the Wellpath and the Grievance Unit.

When you arrived into custody, according to your own grievance, you told the intake screener you were allergic to "seafoods such as crab and shrimp," no medications. You reported taking several medications on the outside, including MVI. This is one of the 2 medications you were taking when you had your reaction. As soon as medical was notified of your allergic reaction the proper procedures were followed, including keeping you in the OPHU for observation and sending you to an outside facility due to you having difficulty swallowing.

You returned from the hospital and continued to stay in the OPHU for observation until 01/29/20. You were ordered a taper of a steroid to assure the resolution of your reaction. If you are continuing to experience symptoms from your reaction then you need to notify medical, either in person or by submitting a medical request slip.

For future reference, if you are ever given a medication and you do not know what it is, ask about it before you take it.

Your grievance is **DENIED**.

Investigating Deputy: **D. Kyes, Deputy**   Date: **02/10/20**
Investigating Supervisor: **M. Carausu, Sergeant**   Date: **02/11/20**
Inmate's Signature: *Freddie Worthum*
Do you wish to appeal this ruling?  Yes ✓  No ___  Refused to Answer ___   Date: 2/20/2020
Appeal Officer: **C. HART LT 1489**   Recommendation: **CONCUR**   Date: 3/3/2020
Reason for affirmation or denial: (If different from above)
Commanding Officer: **Lt. Carrie Carone #1601**   Recommendation: **DENIED**   Date: 3/4/2020

ML52 (Rev.06/18)

Received 3/10/2020

# PROOF OF SERVICE BY MAIL

I, FREDDIE FERNANDO WORTHAM, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is

SANTA RITA JAIL

5325 BRODER BLVD, DUBLIN, CA 94568,

and I am a resident of, or employed in, ALAMEDA County, California.

On the date of JULY 24, 2020 I served the FOLLOWING DOCUMENTS TO GOVERNMENT TORT CLAIM FORM — COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at
SANTA RITA JAIL
(location) 5325 BRODER BLVD., (city) DUBLIN, CA 94568,

ALAMEDA County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

GOVERNMENT CLAIMS PROGRAM
P.O. BOX 989052, MS 414
WEST SACRAMENTO, CA
95798-9052

CLERK, U.S DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE, BOX 36060
SAN FRANCISCO, CA 94102

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 24, 2020

*Freddie Fernando Wortham*
(Signature of person mailing)
FREDDIE FERNANDO WORTHAM
(Name of person mailing, typed or printed)

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| (b) County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    DEMAND $ _____    CHECK YES only if demanded in complaint:    JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____