United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE FERNANDO WORTHAM, AKH207, Plaintiff, v. J. WALDURA, MD, et al., Defendant(s). | Case No. 20-cv-05394-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On November 16, 2020, the court (Illman, M.J.) dismissed plaintiff's amended complaint with leave to amend to address various deficiencies within 28 days.

On January 13, 2021, the court (Illman, M.J.) noted that plaintiff had not filed a second amended complaint or otherwise communicated with the court, and afforded plaintiff an additional 14 days to file a second amended complaint. It also made clear that failure to file within the designated time "may result in dismissal of this action." ECF No. 13 at 1.

On February 25, 2021, this matter was reassigned to the undersigned and plaintiff still has not filed a second amended complaint or otherwise communicated with the court. This action accordingly is DISMISSED.

The clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: February 26, 2021

CHARLES R. BREYER
United States District Judge